Union Bank of Chicago, guardian of the estate of Charles Gargola, a minor, plaintiff in error, v. The Great Atlantic & Pacific Tea Company, defendant in error. Gen. No. 36,127.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932.

V. Russell Donaghy and Stuart B. Krohn, for plaintiff in error; Stuart B. Krohn, of counsel. Miller, Gorham, Wales & Adams, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Harry Ringer, appellant, v. Irving Oil and Supply Company et al. Marie Moss, appellee. Gen. No. 36,149.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932.

Pritzker & Pritzker, for appellant; Arthur J. Goldberg, of counsel. Julius M. Lorenz, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

E. R. Schultz, appellee, v. J. Seidscher, trading as Eureka Talking Machine Company et al., appellants. Gen. No. 36,159.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932. Rehearing denied January 13, 1933.

Abrams, Sherman & Lewis, for appellants; Irving S. Abrams, of counsel. Urion, Drucker, Bishop & Boutell, for appellee; Jerome J. Sladkey and Lewis D. Wilson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

William M. Collins, appellee, v. George L. Schein, appellant. Gen. No. 36,049.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

Schein & Beckwith, for appellant; Leslie G. Donahue and Joseph M. Cohen, of counsel. Winston, Strawn & Shaw, for appellee; Harold Beacom, Thomas A. Reynolds and Charles J. Calderini, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.